UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 20-30990-WRS
 Chapter 13

JONEDTREA DORSEY,

    Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The Chapter 13 Trustee filed a Notice of Dismissal (Doc. 78) under 11 U.S.C. § 1307 to dismiss this case because of a material default by Debtor in payments under the confirmed chapter 13 plan. The motion came on for hearing on June 17, 2021, at which time Debtor requested additional time to consider the conversion of this case to one under chapter 7. For the reasons set forth on the record, it is

ORDERED that this bankruptcy case is DISMISSED effective **July 1, 2021** unless Debtor converts the case to a case under chapter 7 on or before the effective date.

Done this 21st day of June, 2021.

*/s/ William R. Sawyer*
William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
     Paul D. Esco, Attorney for Debtor
     Sabrina L. McKinney, Trustee
     All Creditors

United States Bankruptcy Court
Middle District of Alabama

In re:  
Jonedtrea Dorsey  
Debtor

Case No. 20-30990-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2 User: admin Page 1 of 3  
Date Rcvd: Jun 22, 2021 Form ID: pdfSOME Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonedtrea Dorsey, 3037 N. Colonial Drive, Montgomery, AL 36111-2905 |
| cr | + | Action Buys Car, Inc., c/o Parnell & Parnell, P.A., P.O. Box 2189, Montgomery, AL 36102-2189 |
| 4436162 | + | ACTION BUYS CARS, INC., C/O PARNELL & PARNELL, P.O. BOX 2189, MONTGOMERY, ALABAMA 36102-2189 |
| 4421267 | + | AF Title Co., dba American Financial, 6400 Winchester Road, Memphis, TN 38115-8117 |
| 4421266 | + | Action Buys Cars Inc., c/o Parnell & Parnell, PO Box 2189, Montgomery, AL 36102-2189 |
| 4445924 | + | Alabama Title Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 4431316 |   | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4421269 | + | Community Village LTS, 3000 Reunion Drive, Montgomery, AL 36116-3660 |
| 4421270 | + | Darby Law Firm, LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 4421273 |   | Emergency Services of Montgomery, PO Box 740022, Cincinnati, OH 45274-0022 |
| 4441803 |   | Emergency Services of Montgomery, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 4421275 | + | First-Sun Finance, 3209 Atlanta Highway, Montgomery, AL 36109-3435 |
| 4421276 | + | Frederick S. Hecht, Esquire, 9247 N. Meridian Street; Suite 101, Indianapolis, IN 46260-1813 |
| 4421277 | + | Guardian Credit Union, 1028 Lagoon Business Loop, Montgomery, AL 36117-8617 |
| 4421280 | + | Midtown Oaks, c/o Darby Law Firm, LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 4421281 | + | Montgomery Card, P O Box 230609, Montgomery, AL 36123-0609 |
| 4421284 |   | Republic Finance, 9247 M. Meridian Street; Suite 101, Indianapolis, IN 46260 |
| 4429128 |   | Republic Finance, LLC, c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4421268 | + | Email/Text: agency@americanfirstfinance.com | Jun 22 2021 20:16:00 | Amer Fst Fin, 7330 W. 33rd Street, Wichita, KS 67205-9369 |
| 4421272 |   | Email/Text: G06041@att.com | Jun 22 2021 20:16:00 | Directv, LLC, Attn: Bankruptcy Dept, PO Box 6550, Englewood, CO 80155-6550 |
| 4421271 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 22 2021 20:16:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 4421274 | + | Email/Text: bknotice@ercbpo.com | Jun 22 2021 20:16:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 4421279 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2021 20:16:00 | Internal Revenue Service, 2525 Capitol Street, Suite 107, M/S INSOLVENCY, Fresno, CA 93721-2227 |
| 4425506 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 22 2021 20:16:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 4421283 |   | Email/Text: bankruptcy@republicfinance.com | Jun 22 2021 20:16:00 | Republic Finance, 2252 Eastern Blvd Ste 3, Montgomery, AL 36117 |
| 4421285 |   | Email/Text: bankruptcy@republicfinance.com | Jun 22 2021 20:16:00 | Republic Finance, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 4421282 | + | Email/Text: bknotify@acsi.net | Jun 22 2021 20:16:00 | Rentdebt Automated Col, Po Box 171077, Nashville, TN 37217-8077 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4425385 | + | Email/Text: bankruptcy.noticing@security-finance.com | Jun 22 2021 20:16:00 | SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 4421288 | | Email/Text: bankruptcy@revenue.alabama.gov | Jun 22 2021 20:16:00 | State of Alabama-Department of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132 |
| 4421286 | + | Email/Text: bankruptcy.noticing@security-finance.com | Jun 22 2021 20:16:00 | Security Finance, 4880 US Highway 231, Wetumpka, AL 36092-3314 |
| 4421287 | + | Email/Text: bankruptcy.noticing@security-finance.com | Jun 22 2021 20:16:00 | Security Finance Corporation, SFC CENTRAL BK & REC DEPT, PO Box 1893, Spartanburg, SC 29304-1893 |
| 4520333 | | Email/Text: documentfiling@lciinc.com | Jun 22 2021 20:15:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4421289 | | Email/Text: Stacey.VanAlst@usdoj.gov | Jun 22 2021 20:15:00 | United States Attorney's Office, Middle District of Alabama, PO Box 197, Montgomery, AL 36101-0197 |
| 4444159 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 22 2021 20:15:00 | EMERGENCY SERVICES OF MONTGOMERY, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |
| 4421290 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 22 2021 20:15:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Midtown Oaks, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| cr | * | Republic Finance, LLC, c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |
| cr | *+ | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4421278 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
| --- | --- | --- |
| Date: Jun 24, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles N. Parnell, III | on behalf of Creditor Action Buys Car Inc. bkrp@parnellsoutheast.com |

| | |
|---|---|
| Larry E. Darby, Esq | on behalf of Creditor Midtown Oaks LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor Guardian Credit Union noticesmd@chambless-math.com |
| Michael A. Harrison | on behalf of Creditor AF Title Co. dba American Financial mharrison@keygreer.com, bankruptcy@keygreer.com;john@tks-inc.com;honiejo@keygreer.com;lori@keygreer.com;lori@keygreer.com |
| Paul D. Esco | on behalf of Debtor Jonedtrea Dorsey paul.esco@aol.com lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com |
| Richard C. Dean, Jr. | on behalf of Creditor Republic Finance LLC rdean@mindspring.com, collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 8

| | | |
|---|---|---|
| District/off: 1127-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdfSOME | Total Noticed: 35 |

| | |
|---|---|
| Larry E. Darby, Esq | |
| Leonard N. Math | |
| Michael A. Harrison | |
| Paul D. Esco | |
| Richard C. Dean, Jr. | |
| Sabrina L. McKinney | |